BEFORE THE SECOND DIVISION, APRIL 26, 1960

No. 64122.—Lucas Electrical Service, Inc. v. United States, protest 58/12586 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of ammeters similar in all material respects to those the subject of *Lucas Electrical Services, Inc.*, and *Frank J. Eberle Co.* v. *United States* (36 Cust. Ct. 209, C.D. 1776), except that the ammeters in the cited case were parts of automobiles whereas those in question are parts of motorcycles, the claim of the plaintiff was sustained.